UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

CITATION / CASE NO. 3:10-mj-0019CMK

vs.

## ORDER TO PAY

Brian K. Smith

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

City _____ State _____ Zip Code _____

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**

DATE: 8-10-10       X. _____
DEFENDANT'S SIGNATURE
Brian Smith

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

F4155136 - No fine
CITATION / CASE NO: F4155135 _____ FINE 290.00 ASGMT. 10.00
CITATION / CASE NO: F3826194 _____ FINE 290.00 ASGMT. 10.00
CITATION / CASE NO: _____ FINE _____ ASGMT. _____
CITATION / CASE NO: _____ FINE _____ ASGMT. _____

[X] **FINE TOTAL** of $ 580.00 and a penalty assessment of $ 20.00 ~~within~~ ~~days/months~~ or payments of $ 100.00 per month, commencing 10-1-2010 and due on the first of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
[X] **PROBATION** to be unsupervised / ~~supervised for:~~ until fine paid in full; Defendant excluded from entering national lands until fines paid in full; chainsaws to be returned upon payment of all fines due in any cases in this court

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one): Court

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. Box 740026~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

CLERK, USDC
~~650 Capitol Mall, Rm 2546~~ 501 I Street
Sacramento, CA 95814

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 8-10-10       _____
U.S. MAGISTRATE JUDGE

Clerk's Office                                    EDCA - 03 Rev 8/97